# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | **FILED** |
| ) | 02/21/2025 |
| Josue Miguel Perez-Perez, ) | U.S. DISTRICT COURT |
| ) | SOUTHERN DISTRICT OF INDIANA |
| *Defendant(s)* | Kristine L. Seufert, Clerk |

Case No.  4:25-mj-3-VTW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 10, 2025  in the county of  Clark  in the
Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Unlawful Re-entry of an Alien Previously Removed or Deported from the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*/s/ Erin Huffines*
Complainant's signature

Erin Huffines, SA - HSI
Printed name and title

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, reliable electronic means, this  21st  day of February, 2025.

Date:  2/21/2025

Judge's signature

City and state:  New Albany, Indiana

Van T. Willis, U.S. Magistrate Judge
Printed name and title

## Criminal Complaint Affidavit for Josue Miguel PEREZ-Perez

Affiant, Special Agent Erin R. Huffines, Homeland Security Investigation (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code, Section 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since July 2007 and I am presently assigned to the Office of the Assistant Special Agent in Charge, Louisville, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Josue Miguel PEREZ-Perez with the offense described below, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Josue Miguel PEREZ-Perez committed the offense described in this Complaint Affidavit, a violation of Title 8, United States Code, Sections

[1]

1326(a) and (b)(2). Section 1326(a) prohibits an alien from entering or being found in the United States after the alien has been removed or deported from the United States.

## Results of the Investigation

4. On February 10, 2025, subject Josue Miguel PEREZ-Perez was arrested by Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO). ICE Deportation Officers (DO's) encountered PEREZ at the Clark County, Indiana, courthouse located at 501 East Court Avenue, Jeffersonville, Indiana.

5. ICE ERO had received information from a prosecutor in Clark County, Indiana, about a Subject that had been previously removed from the United States and who was scheduled to report to court on February 10, 2025, after being arrested for DUI charges in May of 2024, under case number 10C03-2405-F6-000494. Initial record checks in ICE indices indicated that Josue Miguel PEREZ -Perez (A# 097 651 544) was last removed in 2007 after a felony Illegal Reentry conviction.

6. On February 10, 2025, PEREZ's fingerprints were submitted through Alien Criminal Response Information Management System (ACRIME) and the subject's identification was confirmed as Josue Miguel PEREZ-Perez; a Mexican citizen with Alien registration number 097 651 544 and FBI number 167499AC5. ACRIME is a database that holds the immigration status of any individual arrested by immigration authorities and contains biometric data including fingerprints. It also tracks a subject's FBI number and criminal history.

7. Record checks among ICE databases and indices bearing PEREZ' photographs and Alien number confirm the information set forth below. PEREZ is a citizen and native of Mexico by birth.

[2]

8. On February 13, 2003, PEREZ was arrested by the Brown County Sheriff's Office in Brown County, Wisconsin, for Second Degree Assault of a Child under case number 052003CF000144.

9. On March 23, 2004, PEREZ was convicted in the Circuit Court of Brown County, Wisconsin, of Second-Degree Assault of a Child, a felony, under case number 052003CF000144. PEREZ was sentenced to serve six months.

10. On July 25, 2004, United States Border Patrol (USBP) agents arrested PEREZ and served a Notice of Intent to Issue a Final Administrative Removal Order pursuant to the Immigration and Naturalization Act.

11. On August 04, 2004, USBP removed PEREZ to Mexico. This removal is documented on Form 205.

12. On March 19, 2005, USBP agents arrested PEREZ near Santa Rosa, Arizona, and served him with a Reinstatement of Prior Removal Order, Form I-871.

13. On September 22, 2005, the Arizona United States District Court sentenced PEREZ to 33 months confinement after a conviction for Illegal Reentry, in violation of Title 8, United States Code, Section 1326(a) with a sentencing enhancement pursuant to Title 8, United States Code, Section 1326(b)(2) under Case # 4:05-cr-00738.

14. On August 20, 2007, USBP removed PEREZ to Mexico. This removal is documented on a Form 205.

15. A review of ICE databases and indices indicate that PEREZ has made no application for permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to re-enter the United States following his August 20, 2007, removal.

## Conclusion

16. Based on the above information, I believe that Josue Miguel PEREZ-Perez (A206509894) is an alien who has been found in the United States in Clark County, Indiana, in the Southern District of Indiana, after having been previously removed or deported from the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

/s/ Erin Huffines
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Subscribed and sworn before me on this  21st  day of February, 2025.

Van T. Willis
United States Magistrate Judge
Southern District of Indiana
New Albany Division